DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WARREN TARVER,**
Petitioner,

v.

**STATE OF FLORIDA,**
Respondent.

No. 4D18-1872

[July 5, 2018]

Petition for writ of certiorari to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Timothy L. Bailey, Judge; L.T. Case No. 95-12342-CF-10A.

Warren Tarver, South Bay, pro se.

No response required for respondent.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***